# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN JOE NUNLEY,
Petitioner,
vs.
THE HONORABLE SUSAN JOHNSON,
DISTRICT JUDGE, EIGHTH JUDICIAL
DISTRICT COURT, NEVADA,
Respondent.

No. 78426

FILED

APR 1 0 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF QUO WARRANTO*

This is an original petition for a writ of quo warranto. In it, pro se petitioner challenges the authority of respondent Judge Susan Johnson to preside over his criminal and habeas proceedings, asserting that she has not taken the required oath of office. But NRS Chapter 35 "does not authorize[ ] "quo warranto petitions by private citizens with only a general interest in seeing this state's laws upheld." *Lueck v. Teuton*, 125 Nev. 674, 679, 219 P.3d 895, 898 (2009). Petitioner is not claiming entitlement to Judge Johnson's office and has not obtained participation by the attorney general and leave of court. Thus, petitioner does not have standing to institute such a quo warranto action under NRS Chapter 35, and he has not demonstrated a sufficient interest in such proceedings otherwise. *Id.* Also, although petitioner attached copies of 2003 and 2005 oaths for the office of justice of the peace pro tempore, he has not demonstrated that Judge Johnson failed to take the oath of office for her current judgeship. *See* NRS

19-15739

282.305 (explaining that the Nevada Secretary of State oversees compliance with the oath requirements). Therefore, we

ORDER the petition DENIED.

_____, C.J.
Gibbons

_____, J.
Pickering

_____, J.
Hardesty

cc: Hon. Susan Johnson, District Judge
John Joe Nunley
Attorney General/Carson City
Eighth District Court Clerk